IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:11-cr-402-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DEFENDANT CORNELL |
| | ) | FIRST AMENDED WITNESS |
| JORGE PETER CORNELL | ) | DESIGNATION |

NOW COMES Defendant Cornell, and gives notice of that the following person may be

called by defendant as witnesses in his case in chief:

1. James Baker
2. A.J. Blake
3. David Brotherton
4. C. Buscemi
5. Chris Brook
6. C.E. Cherry
7. Alana Cornell
8. Anita Earls
9. Hollyce (Sherry) Gilles
10. Sara Lee Gallien
11. Eric Ginsberg
12. Deena Hayes
13. Greg Headen
14. C. Herrera
15. Bobby Hinson
16. James Kee
17. R. Keeney
18. Nelson Johnson
19. Randy Johnston
20. Y. Johnson
21. J. Jones
22. A.C. Marble, Jr.
23. Wesley Morris
24. Brian Sims
25. Ronald Sizemore
26. Michelle Smith
27. Yamile Walker
28. Roy Weaver
29. Tracy Weyman
30. Katie Yow

31. May Young
32. Darren Worley
33. Records custodian, Moses Cone Health System
34. Witnesses listed by Government and other defendants

Respectfully submitted, this the 21 th day of October 2012

/s/ Michael W. Patrick
Michael W. Patrick
N.C. State Bar No. 7956
Law Office of Michael W. Patrick
Post Office Box 16848
Chapel Hill, NC 27516
Phone:       (919) 960-5848
Fax:          (919) 869-1348
E-mail:       mpatrick@ncproductslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2012 I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system which will send notification of such filing to
counsel of record

/s/ Michael W. Patrick
Michael W. Patrick
N.C. State Bar No. 7956
Law Office of Michael W. Patrick
Post Office Box 16848
Chapel Hill, NC 27516
Phone:       (919) 960-5848
Fax:          (919) 869-1348
E-mail:       mpatrick@ncproductslaw.com