IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. )
) 1:11CR402-1
JORGE PETER CORNELL )
also known as "King J" and King Jay" )
_____ )

FILED NOV 21 2012 IN THIS OFFICE Clerk U. S. District Court Greensboro, N. C. By _____

## VERDICT SHEET

COUNT 1: Conspiracy to Conduct or Participate in a Racketeering Enterprise, in Violation of 18 U.S.C. § 1962(d)

1(a). We, the jury, find Defendant, JORGE PETER CORNELL,

(GUILTY) or NOT GUILTY

of the offense charged in Count 1 of the Superseding Indictment, that is, Conspiracy to Conduct or Participate in a Racketeering Enterprise in violation of 18 U.S.C. § 1962(d).

*If you answer "Guilty" to Question 1(a), proceed to Question 1(b).*

*If you answer "Not Guilty" to Question 1(a), proceed to the end of the document and fill in the required signature and date.*

1(b). If you found Defendant, JORGE PETER CORNELL, guilty of Count 1, you must have found, beyond a reasonable doubt, that at least two acts of racketeering were either planned or committed by some member of the conspiracy. Those acts may be either of the same or different types, or a combination of both. Please indicate on the next page which type or types of racketeering activity you unanimously have found were committed or intended to be committed by members of the racketeering conspiracy that Defendant JORGE PETER CORNELL joined. If you find that no acts of a particular type of racketeering activity were committed or intended to be committed, check "No Acts" for that type. If you find that a single act of a particular type of racketeering activity was committed or intended to

be committed, check "Single Act" for that type. If you find that multiple acts of a particular type of racketeering activity were committed or intended to be committed, check "Multiple Acts" for that type. However, if you find that a particular act was committed or intended to be committed by some member of the conspiracy, you may attribute that act to only one type of racketeering activity listed below.

|  | No Act | Single Act | Multiple Acts |
|---|---|---|---|
| Conspiracy to Commit Murder |  | ✓ |  |
| Attempted Murder |  | ✓ |  |
| Robbery |  |  | ✓ |
| Extortion | ✓ |  |  |
| Arson | ✓ |  |  |
| Narcotics Trafficking | ✓ |  |  |
| Interference with Commerce by Threats or Violence |  | ✓ | ~~✓~~ |
| Bank Fraud |  |  | ✓ |
| Theft from an Interstate Shipment | ✓ |  |  |

*After answering Question 1(b), proceed to Count 2 on the next page.*

COUNT 2: Violent Crime in Aid of Racketeering, in Violation of 18 U.S.C. § 1959(a)(3) and § 2

We, the jury, find Defendant, JORGE PETER CORNELL,

(GUILTY) or NOT GUILTY

of the offense charged in Count 2 of the Superseding Indictment, that is, Violent Crime in Aid of Racketeering, in Violation of 18 U.S.C. § 1959(a) and § 2.

*If you answer "Guilty" to Count 2, proceed to Count 3.*

*If you answer "Not Guilty" to Count 2, skip Count 3 and proceed to the end of the document and fill in the required signature and date.*

COUNT 3: Carry and Use of a Firearm During and in Relation to a Crime of Violence in Violation of 18 U.S.C. § 924(c)(1)(A) and § 2

We, the jury, find Defendant, JORGE PETER CORNELL,

(GUILTY) or NOT GUILTY

of the offense charged in Count 3 of the Superseding Indictment, that is, Carry and Use of a Firearm During and in Relation to a Crime of Violence in Violation of 18 U.S.C. § 924(c)(1)(A) and § 2.

*After answering this question, proceed to the end of this document and fill in the required signature and date.*

This, the 21st day of November, 2012.


_____
Jury Foreperson